## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MYEISHA THOMPSON, individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>1. ADT, LLC D/B/A BLUE BY ADT<br><br>    Defendant. | Case No. 5:21-cv-00432-G |

### JOINT MOTION FOR JUDICIAL SETTLEMENT CONFERENCE

Plaintiff, Myeisha Thompson ("Ms. Thompson"), and Defendant, ADT, LLC d/b/a Blue by ADT ("ADT") have conferred regarding the potential early settlement of this matter and hereby jointly request, pursuant to LCvR16.2, that this matter be referred by the Court for a judicial settlement conference.

### RELIEF REQUESTED

Ms. Thompson and ADT jointly request that the Court grant this Motion and refer this matter for a judicial settlement conference.

Dated: July 27, 2021

Respectfully Submitted,

*/s/ William B. Federman*
William B. Federman, OBA # 2853
Tyler J. Bean, OBA # 33834
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
tjb@federmanlaw.com

1

*Attorneys for Plaintiff and the Putative Class*

*/s/ J. Clay Christensen*
(Signed by Filing Attorney with permission of Attorney)
J. Clay Christensen, OBA #11789
Jonathan M. Miles, OBA #31152
Brock Z. Pittman, OBA #32853
Christensen Law Group, P.L.L.C.
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
clay@christensenlawgroup.com
jon@christensenlawgroup.com
brock@christensenlawgroup.com

*Attorneys for Defendant, ADT, LLC d/b/a Blue by ADT*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I caused a true and correct copy of the foregoing *Joint Motion for Judicial Settlement Conference* to be filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

*/s/ William B. Federman*
William B. Federman, Okla. Bar No. 2853