# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MYEISHA THOMPSON**, individually and on behalf of all similarly situated persons,<br><br>　　　**Plaintiff**,<br><br>v.<br><br>**ADT, LLC d/b/a BLUE BY ADT,**<br><br>　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-21-432-G<br>)<br>)<br>)<br>) |

## **ORDER**

Now before the Court is the parties' Joint Motion for Judicial Settlement Conference (Doc. No. 9). The Motion is GRANTED. This matter is hereby referred to United States Magistrate Judge Suzanne Mitchell for a settlement conference pursuant to LCvR 16.2. While it is contemplated that the settlement conference be held within 60 days, the date and time shall be set by Judge Mitchell in her discretion.

IT IS SO ORDERED this 5th day of August, 2021.

_____
CHARLES B. GOODWIN
United States District Judge